CLOSED

# U.S. District Court
## Western District of Kentucky (Louisville)
## CRIMINAL DOCKET FOR CASE #: 3:21−mj−00330−RSE All Defendants

| | |
|---|---|
| Case title: USA v. Peterson | Date Filed: 06/16/2021 |
| Other court case number: 1:21−mj−00473 U.S. District Court for the District of Columbia | Date Terminated: 06/24/2021 |

Assigned to: Magistrate Judge Regina S. Edwards

**Defendant (1)**

**Kurt Peterson**
*TERMINATED: 06/24/2021*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Removal from District of Columbia | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Christopher C. Tieke (USA)** |
| | | U.S. Attorney Office − Louisville |
| | | 717 W. Broadway |
| | | Louisville, KY 40202 |
| | | 502−625−7079 |
| | | Email: christopher.tieke@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/16/2021 | | | Arrest (Rule 5) of Seal 1 (CDF) (Entered: 06/24/2021) |
| 06/16/2021 | 1 | | Rule 5 Documents Received from District of Columbia, Case Number 1:21−mj−00473, as to Seal 1 (Attachments: # 1 Rule 5 Documents, # 2 Rule 5 Documents) (CDF) (Entered: 06/24/2021) |
| 06/16/2021 | 2 | | Case Assignment (Random Selection): Case Assigned to U.S. Magistrate Judge Regina Edwards. (CDF) (Entered: 06/24/2021) |
| 06/16/2021 | 3 | | SEALED DOCUMENT re 1 Rule 5 Documents Received (Attachments: # 1 Sealed) (CDF) (Entered: 06/24/2021) |
| 06/16/2021 | | | Proceedings held before Magistrate Judge Regina S. Edwards: Initial Appearance in Rule 5(c)(3) Proceedings as to Kurt Peterson held on 6/16/2021. (Court Reporter − digitally recorded.) (CDF) (Entered: 06/24/2021) |
| 06/16/2021 | 5 | 5 | Appearance Bond with Order Setting Conditions of Release Entered as to Kurt Peterson in amount of $ 500.00 unsecured. (CDF) (Entered: 06/24/2021) |
| 06/24/2021 | | | Case unsealed as to Kurt Peterson (CDF) (Entered: 06/24/2021) |
| 06/24/2021 | 4 | 3 | ORDER ON INITIAL APPEARANCE (EBOC) by Magistrate Judge Regina S. Edwards on 6/16/2021 as to Kurt Peterson. Initial appearance on a Complaint filed in the District of Columbia held on 6/16/2021. Complaint UNSEALED. Office of the Federal Defender appointed. Defendant released on unsecured bond in the amount of $500.00 with conditions. This matter is scheduled for further proceedings with the District of Columbia on June 24, 2021 at 1:00 p.m. via video conference before the Honorable Zia M. Faruqui, United States Magistrate Judge. The undersigned's Case Manager will provide the Zoom link to counsel via email. cc: Counsel; FD; USP; USDC, District of Columbia (CDF) (Entered: 06/24/2021) |

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**VS.**                                      **CRIMINAL ACTION NUMBER: 3:21-MJ-330**

**KURT PETERSON**                                                        **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on June 16, 2021 to conduct an initial appearance on a Complaint filed in the District of Columbia.

    APPEARANCES

| | |
|---|---|
| For the United States: | Christopher C. Tieke, Assistant United States Attorney |
| For the defendant: | Defendant Kurt Peterson - Present and in custody |
| Court Reporter: | Digitally Recorded |

**IT IS HEREBY ORDERED** that the Complaint is **UNSEALED**.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the allegations contained therein, and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Office of the Federal Defender was appointed to represent the defendant.

At the request of the United States,

**IT IS HEREBY ORDERED** that the defendant is released on an unsecured bond in the amount of $500.00, with conditions, pending further order of the Court.

The Court having advised the defendant regarding the provisions of Rule 20,

**IT IS FURTHER ORDERED** that this matter is scheduled for further proceedings with the District of Columbia on **June 24, 2021 at 1:00 p.m. via video conference** before the Honorable Zia M. Faruqui, United States Magistrate Judge. The undersigned's Case Manager will provide the Zoom link to counsel via email.

This 16th day of June, 2021          ENTERED BY ORDER OF THE COURT:
                                                             REGINA S. EDWARDS
                                                              UNITED STATES MAGISTRATE JUDGE
                                                              JAMES J. VILT, JR., CLERK
                                                              BY: *Ashley Henry* - Deputy Clerk

Copies: U.S. Attorney
U.S. Probation
Counsel for Defendant

0|15

4

AO 98 (Rev. 12/11) Appearance Bond

**FILED**
JAMES J. VILT JR,
CLERK

JUNE 16 2021

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>**KURT PETERSON**<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No. 3:21-mj-330<br>)<br>) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____**KURT PETERSON**_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( X )  to appear for court proceedings;
    ( X )  if convicted, to surrender to serve a sentence that the court may impose; or
    ( X )  to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(  ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ __500.00__ .

(  ) (3) This is a secured bond of $ _____, secured by:

    (  ) (a) $ _____, in cash deposited with the court.

    (  ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
        *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of
        ownership and value):*


    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (  ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

5

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____                                     _____
                                                          *Defendant's signature*

_____                           _____
*Surety/property owner – printed name*                    *Surety/property owner – signature and date*

_____                           _____
*Surety/property owner – printed name*                    *Surety/property owner – signature and date*

_____                           _____
*Surety/property owner – printed name*                    *Surety/property owner – signature and date*

                                                         CLERK OF COURT

                                                         _____
Date: _____                                     *Signature of Clerk or Deputy Clerk*

Approved.
                                                         _____
Date: _____                                     Regina S. Edwards, Magistrate Judge
                                                         United States District Court

Case 3:21-mj-00330-RSE Document 65 Filed 06/24/21 Page 6 of 10 PageID #:128

AO 199A (Rev. 12/11) Order Setting Conditions of Release    Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | | |
|---|---|---|
| United States of America<br>v.<br>**KURT PETERSON**<br><br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 3:21-mj-330 |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: U.S. District Court - as directed
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release        Page ___ of ___ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
  Person or organization _____
  Address *(only if above is an organization)* _____
  City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
                *Custodian*                    *Date*

( ☑ ) (7) The defendant must:
  ( ☑ ) (a) submit to supervision by and report for supervision to the  U.S. Probation Office ,
       telephone number _____ , no later than _____ .
  ( ☐ ) (b) continue or actively seek employment.
  ( ☐ ) (c) continue or start an education program.
  ( ☑ ) (d) surrender any passport to:  U.S. Probation
  ( ☑ ) (e) not obtain a passport or other international travel document.
  ( ☑ ) (f) abide by the following restrictions on personal association, residence, or travel:  Western District of Kentucky without pre-approval from the U.S. Probation Office.
  ( ☐ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
  ( ☐ ) (h) get medical or psychiatric treatment: _____
  ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
  ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ( ☑ ) (k) not possess a firearm, destructive device, or other weapon.
  ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
  ( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
    ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
    ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
    ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
    **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release  Page ___ of ___ Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
- ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ☐ ) (ii) Voice Recognition; or
- ( ☐ ) (iii) Radio Frequency; or
- ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t) refrain from travel to Washington D.C. unless for court appearances or attorney visits.

(u) verify address with U.S. Probation weekly.

AO 199C (Rev. 09/08) Advice of Penalties        Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____        Regina S. Edwards, Magistrate Judge
                                      United States District Court

_____
*Printed name and title*

DISTRIBUTION:  COURT  DEFENDANT  PRETRIAL SERVICE  U.S. ATTORNEY  U.S. MARSHAL

10